# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1647

_____

Valerie Townes,                           *
                                          *
             Appellant,                   *
                                          *  Appeal from the United States
     v.                                   *  District Court for the
                                          *  Eastern District of Missouri.
Barnes-Jewish Hospital,                   *
                                          *  [UNPUBLISHED]
             Appellee.                    *

_____

Submitted: March 18, 2008
Filed: March 26, 2008

_____

Before BYE, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Valerie Townes appeals the district court's[1] dismissal of her employment-discrimination action. We agree that dismissal was proper for the reasons stated by the district court. Accordingly, we affirm the judgment and deny as moot the pending motions of Barnes-Jewish Hospital. *See* 8th Cir. R. 47B.

_____

_____

[1]The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.